1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  12341 Newport Ave., Suite B200
   North Tustin, CA 92705
3  PH: 714.783.4220
   FAX: 888.505.1033
4  Pamela.Tsao@ascensionlawgroup.com

5  Attorneys for Plaintiff MICHALE C. KEO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. KEO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MARYVALE TERRACE III, LLC, a limited liability company<br><br>Defendants. | Case No.: 8:25-cv-00777-JWH-KES<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Hon. John W. Holcomb presiding] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MICHAEL C. KEO and Defendant MARYVALE TERRACE III, LLC, a limited liability company ("Defendant"), by and through undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice in its entirety.  Each party shall bear their own attorneys' fees and costs incurred herein.

SO STIPULATED.

Dated: September 15, 2025

ASCENSION LAW GROUP, PC

By: /s/ Pamela Tsao
Pamela Tsao

Attorneys for Plaintiff
Michael C. Keo

Dated: September 15, 2025

FENNEMORE LAW

By: /s/ Kurt A. Franklin
Kurt A. Franklin

Attorneys for Defendant
MARYVALE TERRACE III, LLC, a limited liability company